# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC HORST RAULFS,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:17-cv-1805 DB<br><br><br><br>ORDER |

On August 10, 2018, the court granted plaintiff an extension of time to file a motion for summary judgment. (ECF No. 17.) Plaintiff's motion was to be filed on or before September 8, 2018. Plaintiff's motion for summary judgment is now long overdue.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show good cause in writing, within fourteen (14) days of the date of this order for failing to file a timely motion for summary judgment.[1]

Dated: October 3, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.soc sec\raulfs1805.osc.pmsj

---

[1] Plaintiff may comply with this order by filing a motion for summary judgment.

1