ROBERT C. WEEMS CABN 148156
WEEMS LAW OFFICES
    769 Center Blvd., PMB 38
    Fairfax, CA 94930
    Telephone: (415) 881-7653
    Facsimile: (866) 610-1430
    Email: rcweems@weemslawoffices.com
ATTORNEY FOR PLAINTIFF

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROL S. CLARK, MOBN 42670
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8975
    Facsimile: (415) 744-0134
    Email: Carol.S.Clark@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC HORST RAULFS,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:17-cv-01805-DB<br><br>**STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 AND ORDER** |

1

1  IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of eight thousand six hundred dollars ($8,600.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or counsel including counsel's firm may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of counsel and/or counsel's firm to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Dated: August 21, 2011         Respectfully submitted,
                               By:   /s/ Robert C. Weems*
                               ROBERT C. WEEMS
                               * *By email authorization on August 19, 2019*
                               Attorneys for Plaintiff

Dated: August 21, 2011         McGREGOR W. SCOTT
                               United States Attorney

                         By:   */s/ Carol S. Clark*
                               CAROL S. CLARK
                               Special Assistant United States Attorney

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.[1]

DATED: August 22, 2019         /s/ DEBORAH BARNES
                               UNITED STATES MAGISTRATE JUDGE

---

[1] In light of the parties' stipulation, plaintiff's June 19, 2019 motion for attorney's fees (ECF No. 29) is deemed withdrawn.

3